MARTIN, APPELLANT, *v.* PFEIFFER, ADMR., BUREAU OF WORKERS' COMPENSATION, ET AL.; DELPHI CHASSIS DIVISION, F.K.A. DELCO MORAIN DIVISION, GENERAL MOTORS CORPORATION, APPELLEE.

[Cite as *Martin v. Pfeiffer* (1997), 79 Ohio St.3d 310.]

(No. 96–2396—Submitted June 25, 1997—Decided July 30, 1997.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for appellant.

*Crew, Buchanan & Lowe, Joseph P. Buchanan* and *James G. Neary,* for appellee.

The judgment of the court of appeals is reversed, and the cause is remanded to that court to apply *Lewis v. Trimble* (1997), 79 Ohio St.3d 231, 680 N.E.2d 1207.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent from the reversal based on *Lewis v. Trimble* (1997), 79 Ohio St.3d 231, 680 N.E.2d 1207. Factually, this case is quite different and the evidence is quite clear that the plaintiff "knew or should have known" of her depression claim back in 1990. Therefore, the test

laid out in *Lewis* has been met and plaintiff is barred by the statute of limitations from presenting her claim.